IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TRAVIS S. PIERCE, | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **NO. 5:26-CV-00117-TES-CHW** |
| VS. | : | |
| | : | |
| GEORGIA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

_____

## ORDER

*Pro se* Plaintiff Travis S. Pierce filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 while he was incarcerated in the Ware State Prison in Waycross, Georgia. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. ECF No. 2. On April 30, 2026, the Court granted Plaintiff's motion and ordered that he pay a partial initial filing fee of $28.50. ECF No. 4. The Court further ordered prison officials to submit subsequent payments to the Court until the filing fee was paid in full in accordance with Prison Litigation Reform Act, 28 U.S.C. § 1915.

Plaintiff has now filed a change of address indicating that he was released from prison on April 18, 2026 and is now living in Sandersville, Georgia. ECF No. 5. Due to Plaintiff's change in circumstance, the Court now **VACATES** its previous order granting leave to proceed *in forma pauperis* as a prisoner (ECF No. 4) and **ORDERS** Plaintiff to pay the $405.00 filing fee or if indigent, submit a complete non-prisoner motion to proceed *in forma pauperis*. The Clerk of Court is **DIRECTED** to mail the Court's standard form

for non-prisoners seeking leave to proceed *in forma pauperis,* marked with the case number of the above-captioned action, to Plaintiff's updated address.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to pay the filing fee or file his non-prisoner motion to proceed *in forma pauperis*.   Plaintiff is further instructed to notify the Court in writing of any change in his mailing address.   **Failure to fully and timely comply with this Order will result in the dismissal of Plaintiff's claims.**   There shall be no service of process until further order of the Court.

**SO ORDERED**, this 11th day of May, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2