IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRAVIS S PIERCE, *

Plaintiff, *

v. * Case No. 5:26-CV-00117-TES-CHW

GEORGIA DEPARTMENT OF CORRECTIONS et al , *

Defendants. *

**JUDGMENT**

Pursuant to this Court's Order dated August 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk